IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMR AHMED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:10-CV-00154 |
| ) | |
| BROCK & Scott, PLLC, ) | |
| ) | |
| Defendant. ) | |

NOW COME all parties to this action, by and through each of their undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby stipulate that each and all of Plaintiff's claims against Defendant are hereby dismissed, with prejudice. All parties will bear their own respective costs and fees.

This _2nd___ day of September, 2010.

By: /s/ Nancy P. Quinn
Nancy P. Quinn
N.C. Bar. No. 16799
315 Spring Garden Street, Suite 1D
Greensboro, NC 27401
Telephone: (336) 272-9072
Facsimile: (336) 272-2289
npquinn@triadbiz.rr.com

*Attorney for Plaintiff Amr Ahmed*

By: /s/ Corena A. Norris-McCluney
Louis W. Doherty
N.C. Bar No. 17397
Corena A. Norris-McCluney
N.C. Bar No.: 29366
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, N.C. 27101-2400
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
ldoherty@kilpatrickstockton.com
cnorris-mccluney@kilpatrickstockton.com

*Attorneys for Defendant Brock & Scott, PLLC*

US2008 1509494.1 51208-387101